IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KARLA SATTERLEE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-4022-JAR-KGS |
| ALLEN PRESS, INC. | ) |
| Defendant. | ) |

## **ORDER**

This matter comes before the court upon conclusion of the Final Pretrial Conference (Doc. 29). Prior entry of the Final Pretrial Order, the court ordered plaintiff to revise her factual contentions and to submit them to defendant and the court on or before **March 13, 2006.** Similarly, defendant shall submit to plaintiff and to the court defendant's revisions to its factual contentions on or before **March 14, 2005.**

**IT IS SO ORDERED.**

Dated this 8th day of March, 2006, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
